**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2827498 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>2000 M Street Northwest<br>Washington, DC 20036<br><sub>Number, Street, City, State & ZIP Code</sub><br><br>District of Columbia<br><sub>County</sub> | **Mailing address, if different from principal place of business**<br><br>2000 M Street Northwest<br>Washington, DC 20036<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub><br><br>**Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.serveadvisory.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Solution Engineering for Reliable and Viable Enterprises (SERVE)
Advisory Group, LLC
Name                                                                        Case number (*if known*) _____

---

**7. Describe debtor's business**

    A. *Check one:*

    ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☐ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
        5416

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ☒ Chapter 11. *Check all that apply*:

        ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☒ No.
    ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   Solution Engineering for Reliable and Viable Enterprises (SERVE)
         Advisory Group, LLC                                                    Case number (if known) _____
         Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

Contact name    _____

Phone    _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Solution Engineering for Reliable and Viable Enterprises (SERVE)    Case number (if known)
Advisory Group, LLC
_____
Name

■    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
     of authorized
     representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 18, 2024
               MM / DD / YYYY

**X** /s/   William B. Reynolds III                    William B. Reynolds III
Signature of authorized representative of debtor        Printed name

Title    CEO/President

**18. Signature of attorney**    **X** /s/ Jeffery T. Martin,, Jr.    Date    November 18, 2024
                                 Signature of attorney for debtor            MM / DD / YYYY

                                 Jeffery T. Martin,, Jr. VA71860
                                 Printed name

                                 Martin Law Group PC
                                 Firm name

                                 8065 Leesburg Pike
                                 Suite 750
                                 Vienna, VA 22182
                                 Number, Street, City, State & ZIP Code

                                 Contact phone    (703) 223-1822    Email address    jeff@martinlawgroup.com

                                 VA71860 DC
                                 Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 18, 2024          **X** /s/   William B. Reynolds III
                                              Signature of individual signing on behalf of debtor

                                              William B. Reynolds III
                                              Printed name

                                              CEO/President
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMT Capital Group, Inc 492?Cedar?Lane, Suite 535 Teaneck, NJ 07666 | | Loan | Disputed | | | $100,000.00 |
| Brian Bartlett 5803 57th Ave. NE Seattle, WA 98105 | | Loan | | | | $28,000.00 |
| Bryan Cross 526 Brixton Trail, Webster Webster, NY 14580 | | Lawsuit | Disputed | | | $167,311.81 |
| Cap Sentinel 10504 Assembly Dr Fairfax, VA 22030 | | Subcontract | | | | $12,726.00 |
| Kevin Reid 1560 Sawgrass Corporate Parkway, 4th Floor Sunrise, FL 33323 | | Loan | | | | $60,000.00 |
| Koons Ford 1051 E Broad St. Falls Church, VA 22044 | | 2018 Nissan NV 3500 | | $32,000.00 | $25,000.00 | $7,000.00 |
| Landmark Funding Group, LLC 2728 Kings Highway STE E16 Brooklyn, NY 11229 | | Loan | | | | $355,200.00 |
| Parkview Advance LLC 600 Summer St Suite 204 Stamford, CT 06901 | | Loan | Disputed | | | $373,705.87 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Solution Engineering for Reliable and Viable Enterprises
(SERVE) Advisory Group, LLC
_____
Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pawan Singh / Deep Mile 3100 Clarendon Blvd #200 Arlington, VA 22201 | | Lawsuit | Disputed | | | $170,000.00 |
| Prince Funding Group, LLC / Mike Antebi 485 Kings Highway Brooklyn, NY 11223 | | Loan | Disputed | | | $100,000.00 |
| Rios Partners 3100 Clarendon Blvd #200 Arlington, VA 22201 | | Cash Infusion | | | | $260,000.00 |
| Rios Partners 3100 Clarendon Blvd #200 Arlington, VA 22201 | | Subcontract Work | | | | $159,052.49 |
| Skillsoft (US) LLC 300 Innovative Way, Suite 201 Nashua, NH 03062 | | Learning and Development Software | | | | $7,836.48 |
| Stenson Tammadon 111 W. Monroe St. 17th Floor Phoenix, AZ 85003 | | Services | Disputed | | | $46,569.50 |
| Super Fast Vets, LLC 61435 Westridge Ave. Bend, OR 97702 | | Lawsuit | Disputed | | | $417,257.28 |
| TMD Ventures, LLC 2728 Kings Highway STE E16 Brooklyn, NY 11229 | | Loan | | | | $519,006.00 |
| Troy Pazcoguin 1100 Highlands Rd Franklin, NC 28734 | | Loan | | | | $36,000.00 |
| Vader Mountain Capital 12496 NW 25TH STREET Sweetwater, FL 33182 | | Loan | Contingent Disputed | | | $18,480.00 |
| Warrior Solutions 5505 Seminary Rd Falls Church, VA 22041 | | Subcontract | | | | $48,967.08 |

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Zircon 2000M Street Trustee LLC BROOK-FZ2000 P.O. Box 22974 New York, NY 10087-2974 | | Unpaid rent | | | | $23,996.03 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____ 326,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 326,000.00

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _____ 32,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 2,904,108.54

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b
    
    $ _____ 2,936,108.54

---

**Fill in this information to identify the case:**

Debtor name: Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) / Type of account / Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | BlueVine Coastal Community Bank | Business Checking | | $45,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $45,000.00

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    75,000.00    -    0.00    = ....    $75,000.00
    face amount    doubtful or uncollectible accounts

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$75,000.00

Part 4: **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Standing desks, Monitors, rugs, IT equipment | $0.00 | Replacement | $12,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** 30 MS Surface Laptops | $0.00 | Replacement | $18,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$30,000.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2018 Nissan NV 3500 | $0.00 | | $25,000.00 |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $25,000.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Various White Papers on<br>Federal health<br>transformation efforts (6 White papers at 10k a piece) | $0.00 | | $60,000.00 |
| **61. Internet domain names and websites**<br>www.serveadvisory.com | $0.00 | | $10,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                        $70,000.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☒ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | 2023 Federal Refund (Pending)       Tax year 2023 | $64,000.00 |
| | 2023 State Refund (pending)       Tax year | $17,000.00 |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                        $81,000.00

       Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(If known)* | |
|--------|------|------|---|
| | Name | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45,000.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $75,000.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $70,000.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $81,000.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $326,000.00 | + 91b.  $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $326,000.00 |

**Fill in this information to identify the case:**

Debtor name    Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Koons Ford | **Describe debtor's property that is subject to a lien**<br>2018 Nissan NV 3500 | $32,000.00 | $25,000.00 |
| Creditor's Name | | | |
| 1051 E Broad St.<br>Falls Church, VA 22044 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No | | |
| **Date debt was incurred**<br>10-30-2024 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $32,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
BMT Capital Group, Inc
492?Cedar?Lane, Suite 535
Teaneck, NJ 07666

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim:** $100,000.00

**Date(s) debt was incurred**  10/30/2024
**Basis for the claim:**  Loan
**Last 4 digits of account number**  ___    **Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Brian Bartlett
5803 57th Ave. NE
Seattle, WA 98105

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $28,000.00

**Date(s) debt was incurred**  6/2/2023
**Basis for the claim:**  Loan
**Last 4 digits of account number**  ___    **Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Bryan Cross
526 Brixton Trail, Webster
Webster, NY 14580

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim:** $167,311.81

**Date(s) debt was incurred**  2023
**Basis for the claim:**  Lawsuit
**Last 4 digits of account number**  ___    **Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Cap Sentinel
10504 Assembly Dr
Fairfax, VA 22030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $12,726.00

**Date(s) debt was incurred**  ___
**Basis for the claim:**  Subcontract
**Last 4 digits of account number**  ___    **Is the claim subject to offset?** ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Kevin Reid
1560 Sawgrass Corporate Parkway, 4th Floor
Sunrise, FL 33323

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $60,000.00

**Date(s) debt was incurred**  10/1/2022
**Basis for the claim:**  Loan
**Last 4 digits of account number**  ___    **Is the claim subject to offset?** ☒ No ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,200.00 |
|---|---|---|
| Landmark Funding Group, LLC<br>2728 Kings Highway STE E16<br>Brooklyn, NY 11229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2022-2023 | Basis for the claim:  Loan | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373,705.87 |
|---|---|---|
| Parkview Advance LLC<br>600 Summer St Suite 204<br>Stamford, CT 06901 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred  12/1/2023-2/15/2023 | Basis for the claim:  Loan | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,000.00 |
|---|---|---|
| Pawan Singh / Deep Mile<br>3100 Clarendon Blvd #200<br>Arlington, VA 22201 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred  2020-2023 | Basis for the claim:  Lawsuit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|
| Prince Funding Group, LLC / Mike Antebi<br>485 Kings Highway<br>Brooklyn, NY 11223 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred  2022 | Basis for the claim:  Loan | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,052.49 |
|---|---|---|
| Rios Partners<br>3100 Clarendon Blvd #200<br>Arlington, VA 22201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2021-2023 | Basis for the claim:  Subcontract Work | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,000.00 |
|---|---|---|
| Rios Partners<br>3100 Clarendon Blvd #200<br>Arlington, VA 22201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  10/20/2023 | Basis for the claim:  Cash Infusion | |
| Last 4 digits of account number  1020 | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,836.48 |
|---|---|---|
| Skillsoft (US) LLC<br>300 Innovative Way, Suite 201<br>Nashua, NH 03062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Learning and Development Software | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,569.50 |
|---|---|---|
| Stenson Tammadon<br>111 W. Monroe St. 17th Floor<br>Phoenix, AZ 85003 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date(s) debt was incurred  8/1/2023 | Basis for the claim:  Services | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address**
Super Fast Vets, LLC
61435 Westridge Ave.
Bend, OR 97702

**Date(s) debt was incurred** 10/1/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Lawsuit

Is the claim subject to offset?  ☒ No  ☐ Yes

$417,257.28

---

**3.15** | **Nonpriority creditor's name and mailing address**
TMD Ventures, LLC
2728 Kings Highway STE E16
Brooklyn, NY 11229

**Date(s) debt was incurred** 2022-2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

$519,006.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
Troy Pazcoguin
1100 Highlands Rd
Franklin, NC 28734

**Date(s) debt was incurred** 5/1/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

$36,000.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
Vader Mountain Capital
12496 NW 25TH STREET
Sweetwater, FL 33182

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

$18,480.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
Warrior Solutions
5505 Seminary Rd
Falls Church, VA 22041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontract

Is the claim subject to offset?  ☒ No  ☐ Yes

$48,967.08

---

**3.19** | **Nonpriority creditor's name and mailing address**
Zircon 2000M Street Trustee LLC
BROOK-FZ2000 P.O. Box 22974
New York, NY 10087-2974

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 9123

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid rent

Is the claim subject to offset?  ☒ No  ☐ Yes

$23,996.03

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,904,108.54 |

---

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 2,904,108.54

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Succession Planning HR Analysis on eligibility and qualification Succession Planning rollout support Conduct additional interviews and continue development of job aids for identified HRL processes | |
| | State the term remaining | 3 years and 1 month | Department of Veterans Affairs 810 Vermont Ave NW Washington, DC 20420 |
| | List the contract number of any government contract | 36C10X24C0003 | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract - Preparing various written materials such as reports, regulations, articles, newsletters, magazines, news releases, training materials, brochures, interpretive handbooks, pamphlets, guidebooks, scholarly works, reference works, speeches, or scripts | |
| | State the term remaining | 2 Years and 10 Months | Department of Veterans Affairs- HPO 810 Vermont Ave NW Washington , DC 20420 |
| | List the contract number of any government contract | 36C10X22Q0214 | |

| Debtor 1 | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract - Subcontract - providing a well-trained, experienced Technical Writer/Editor with a clinical background in healthcare and an Administrative Assistant Sr. | |
|---|---|---|---|
| | State the term remaining | 1 year 9 months | |
| | List the contract number of any government contract | 36C10X22R0026 | Department of Veterans Affairs- NCPS 810 Vermont Ave NW Washington, DC 20420 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract - Plans, directs, and coordinates supportive services of various projects. Maintains facilities and supervises activities that include recordkeeping, and office upkeep. Responsible for documentation planning and support, project administration, program management support, event planning and administration, records, data input and other office administration functions. Maintains office files, provides word processing, spread sheets and graphics as desired; other duties as assigned. | |
|---|---|---|---|
| | State the term remaining | 4 years and 2 months | |
| | List the contract number of any government contract | 36C10X24N0062 | Department of Veterans Affairs- VALOR 810 Vermont Ave NW Washington, DC 20420 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract - usda-wide onboarding initiative | |
|---|---|---|---|
| | State the term remaining | 2 months and 18 days | |
| | List the contract number of any government contract | 12314424F0066 | US Department of Agriculture- 1400 Independence Ave SW Washington, DC 20250 |

| Debtor 1 | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number (if known) | |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Office Space located at 2000 M Street Suite 480-A, NW, Washington, DC 20036 | |
|---|---|---|---|
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | | Zircon 2000M Street Trustee LLC BROOK-FZ2000 P.O. Box 22974 New York, NY 10087-2974 |

**Fill in this information to identify the case:**

Debtor name    Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Stream Consultants, LLC | 2000 M St NW Washington, DC 20036 | BMT Capital Group, Inc | ☐ D _____ ☒ E/F _3.1_ ☐ G _____ |
| 2.2 | Stream Consultants, LLC | 2000 M St NW Washington, DC 20036 | Vader Mountain Capital | ☐ D _____ ☒ E/F _3.17_ ☐ G _____ |
| 2.3 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Landmark Funding Group, LLC | ☐ D _____ ☒ E/F _3.6_ ☐ G _____ |
| 2.4 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | TMD Ventures, LLC | ☐ D _____ ☒ E/F _3.15_ ☐ G _____ |
| 2.5 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Parkview Advance LLC | ☐ D _____ ☒ E/F _3.7_ ☐ G _____ |
| 2.6 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | BMT Capital Group, Inc | ☐ D _____ ☒ E/F _3.1_ ☐ G _____ |

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Super Fast Vets, LLC | ☐ D _____ ☒ E/F ___3.14___ ☐ G _____ |
| 2.8 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Vader Mountain Capital | ☐ D _____ ☒ E/F ___3.17___ ☐ G _____ |
| 2.9 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Prince Funding Group, LLC / Mike Antebi | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.10 | William B Reynolds III | 5518 Oak Place Bethesda, MD 20817 Personal Guarantees | Brian Bartlett | ☐ D _____ ☒ E/F ___3.2___ ☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other | $1,403,533.96 |
   | For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $1,942,836.54 |
   | For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $3,510,308.78 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | CapSentinel<br>10504 Assembly Dr<br>Fairfax, VA 22030 | 10/25/2024 -<br>11/1/2024 | $30,207.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__ |
| 3.2. | Zircon Brook-FZ2000<br>P.O. Box 22974<br>New York, NY 10087 | 9/1/2024 -<br>10/30/2024 | $11,290.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | DOL File No: 20-014561 (48) | 401(k) Plan Audit | EBSA Washington District Office<br>1335 East-West Hwy, Ste. 200<br>Silver Spring, MD 20910 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | | Case number *(if known)* | |
|--------|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Case (Civil Case C15CV24-002180)<br>C15CV24-002180 | Wrongful Termination | Montgomery County Circuit Court<br>50 Maryland Ave<br>Rockville, MD 20850 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Super Fast Vets, LLC vs. William Reynolds, et al.<br>C-15-JG-23-000389 | Garnishment | Circuit Court For Montgomery County<br>50 Maryland Ave<br>Rockville, MD 20850 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Solution Engineering for Reliable and Viable Enterprises
(SERVE) Advisory Group, LLC                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | 5/2/2024 $5,000; 11/14/2024 $1,000 10/25/2024 $2,314; 10/2/2024 $1,716; 8/13/2024 $250; 11/15/2024 $1,444; 11/15/2024 4,046; 11/18/2024 | |
| Martin Law Group, P.C. 8065 Leesburg Pike, Suite 750 Vienna, VA 22182 | | $11,000 | $26,770.00 |

**Email or website address**
jeff@martinlawgroup.com

**Who made the payment, if not debtor?**
Stream Consultants, LLC

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(if known)* |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☒ Yes. Does the debtor serve as plan administrator?

    > ☐ No Go to Part 10.
    > ☒ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | SERVE ADVISORY GROUP, LLC 401(K) PLAN | EIN:  83-2827498 |

    > Has the plan been terminated?
    > ☒ No
    > ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC | Case number *(if known)* | |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☒ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☒ None

| Name and address | Date of service From-To |
| --- | --- |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☒ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

---

Debtor   Solution Engineering for Reliable and Viable Enterprises
(SERVE) Advisory Group, LLC

Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   River Edge Advisors<br>377B Pearsall Ave<br>Cedarhurst, NY 11516 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William B. Reynolds III | 5518 Oak Place<br>Bethesda, MD 20817 | CEO/President | 86% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>.   Brian Dozier (York Street Legacy) | $4,550 | 5/1/2024 - 7/12/2024 | Owed |
|   **Relationship to debtor**<br>  Investor | | | |
| 30.2<br>.   Daniel Hofstra | $1,500.00 | 5/1/2024 - 7/12/2024 | Owed |
|   **Relationship to debtor**<br>  Investor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    Solution Engineering for Reliable and Viable Enterprises        Case number *(if known)*
(SERVE) Advisory Group, LLC

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        November 18, 2024

/s/   William B. Reynolds III                          William B. Reynolds III
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     CEO/President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# United States Bankruptcy Court
## District of District of Columbia

In re  Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory
Group, LLC

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ali Ahmed<br>11014 Cross Laurel Dr<br>Germantown, MD 20876 | | | 1% |
| Brian Dozier<br>551 Valley Road Suite C #201<br>Montclair, NJ 07043 | | | 2% |
| Dan Hofstra<br>3023 Briarcliff Road<br>Birmingham, AL 35223 | | | 4% |
| Danielle Silk<br>788 Locust Circle<br>Arnold, MD 21012 | | | 1% |
| Dave Hopkins<br>752 Providence Rd<br>Malvern, PA 19355 | | | 2% |
| Jeremy Edge<br>910 Bayberry Drive<br>Arnold, MD 21012 | | | 1% |
| Seth Sunderland<br>4225 Parkview Dr<br>Salt Lake City, UT 84124 | | | 4% |
| Wilma Beaty<br>2655 Glenwood Avenue, SE<br>Atlanta, GA 30317 | | | 2% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  November 18, 2024

Signature  /s/ William B. Reynolds III

William B. Reynolds III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| Solution Engineering for Reliable and Viable Enterprises (SERVE)<br>Advisory Group, LLC | ) | Case No. |
| | ) | |
| | ) | Chapter  11 |
| Debtor(s). | ) | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of ................................................. | $ | 11,182.00 |
| Filing Fee ............................................................................................................ | $ | 1,738.00 |
| Prior to the filing of this statement I have received ...................................................... | $ | 11,182.00 |
| Balance Due .......................................................................................................... | $ | 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

2.      The source of the compensation paid to me was:
☒     Debtor  ☐     Other (specify):

3.      The source of compensation to be paid to me is:
☒     Debtor  ☐     Other (specify):

4   ☒      I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐      I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   2016-2(b) if taking the no-look fee
d.   [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.
6.      By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  <u>November 18, 2024</u>

<u>/s/ Jeffery T. Martin,, Jr.</u>
Signature of attorney

<u>Jeffery T. Martin,, Jr. VA71860</u>
Name, Bar Number

<u>Martin Law Group PC</u>
Firm

8065 Leesburg Pike
Suite 750
<u>Vienna, VA 22182</u>
Address

<u>(703) 223-1822</u>
Telephone

<u>jeff@martinlawgroup.com</u>
Email Address

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

```
BMT Capital Group, Inc
492 Cedar Lane, Suite 535
Teaneck, NJ 07666


Brian Bartlett
5803 57th Ave. NE
Seattle, WA 98105


Bryan Cross
526 Brixton Trail, Webster
Webster, NY 14580


Cap Sentinel
10504 Assembly Dr
Fairfax, VA 22030


Department of Veterans Affairs
810 Vermont Ave NW
Washington, DC 20420


Department of Veterans Affairs- HPO
810 Vermont Ave NW
Washington , DC 20420


Department of Veterans Affairs- NCPS
810 Vermont Ave NW
Washington, DC 20420


Department of Veterans Affairs- VALOR
810 Vermont Ave NW
Washington, DC 20420


Kevin Reid
1560 Sawgrass Corporate Parkway, 4th Flo
Sunrise, FL 33323
```

```
Koons Ford
1051 E Broad St.
Falls Church, VA 22044


Landmark Funding Group, LLC
2728 Kings Highway STE E16
Brooklyn, NY 11229


Parkview Advance LLC
600 Summer St Suite 204
Stamford, CT 06901


Pawan Singh / Deep Mile
3100 Clarendon Blvd #200
Arlington, VA 22201


Prince Funding Group, LLC / Mike Antebi
485 Kings Highway
Brooklyn, NY 11223


Rios Partners
3100 Clarendon Blvd #200
Arlington, VA 22201


Rios Partners
3100 Clarendon Blvd #200
Arlington, VA 22201


Skillsoft (US) LLC
300 Innovative Way, Suite 201
Nashua, NH 03062


Stenson Tammadon
111 W. Monroe St. 17th Floor
Phoenix, AZ 85003
```

Stream Consultants, LLC
2000 M St NW
Washington, DC 20036


Super Fast Vets, LLC
61435 Westridge Ave.
Bend, OR 97702


TMD Ventures, LLC
2728 Kings Highway STE E16
Brooklyn, NY 11229


Troy Pazcoguin
1100 Highlands Rd
Franklin, NC 28734


US Department of Agriculture-
1400 Independence Ave SW
Washington, DC 20250


Vader Mountain Capital
12496 NW 25TH STREET
Sweetwater, FL 33182


Warrior Solutions
5505 Seminary Rd
Falls Church, VA 22041


William B Reynolds III
5518 Oak Place
Bethesda, MD 20817


Zircon 2000M Street Trustee LLC
BROOK-FZ2000 P.O. Box 22974
New York, NY 10087-2974

```
Zircon 2000M Street Trustee LLC
BROOK-FZ2000 P.O. Box 22974
New York, NY 10087-2974
```

# United States Bankruptcy Court
### District of District of Columbia

In re     Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory
Group, LLC

_____     Case No. _____

Debtor(s)     Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Solution Engineering for Reliable and Viable Enterprises (SERVE) Advisory Group, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 18, 2024
_____
Date

/s/ Jeffery T. Martin,, Jr.
_____
Jeffery T. Martin,, Jr. VA71860
Signature of Attorney or Litigant
Counsel for     Solution Engineering for Reliable and Viable Enterprises (SERVE)
Advisory Group, LLC
Martin Law Group PC
8065 Leesburg Pike
Suite 750
Vienna, VA 22182
(703) 223-1822  Fax:
jeff@martinlawgroup.com